## Commonwealth *v.* Johnson, Appellant.

Submitted September 14, 1972. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and PACKEL, JJ.

*Michael L. Levy* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 28, 1972:
Judgment of sentence affirmed.

———

DISSENTING OPINION BY SPAULDING, J.:
I respectfully dissent.

Appellant contends that, taken together, the charge in this case, which urged the jury to attempt to agree on a verdict,[1] and the instructions of the trial court on

---

[1] Although not identical in wording the charge constituted an "Allen Charge", *Allen v. United States,* 164 U.S. 492, 501-2 (1896), which our Supreme Court has now prospectively overruled. *Commonwealth v. Spencer,* 442 Pa. 328, 275 A. 2d 299 (1971), upholding

applying the standard of reasonable doubt deprived him of a fair trial. We were faced with the identical issue in *Commonwealth v. McCoy*, 219 Pa. Superior Ct. 298, 279 A. 2d 237 (1971), which was an appeal by appellant's co-defendant. I would reverse the order of the court below and grant a new trial for the reasons stated in my Dissenting Opinion in *McCoy, id.*, in which Judges MONTGOMERY and HOFFMAN joined.

HOFFMAN, J., joins in this dissenting opinion.

---

the decision of this Court at 216 Pa. Superior Ct. 169, 263 A. 2d 923 (1970).